UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No. 04-10051-PBS |
| ) | |
| JORGE ROSARIO, ) | |
| A/K/A "KING INFAMOUS" ) | |

GOVERNMENT'S SUBMISSION OF DETENTION AFFIDAVIT

The United States hereby files the attached affidavit of FBI Special Agent Mark Karangekis in connection with its motion that the defendants in this case be detained pending trial.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: JOHN A. WORTMANN, JR.
PETER K. LEVITT
Assistant U.S. Attorneys

February 24, 2004