AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF Massachusetts

UNITED STATES OF AMERICA

v.

Jorge Rosario
AKA King Infamous

**WARRANT FOR ARREST**

CASE NUMBER: 04-10051-PBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest **Jorge Rosario, AKA King Infamous**
                                                                    Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

conspiracy to distribute cocaine base and distribution of cocaine base

in violation of
Title _____21_____ United States Code, Section(s) 846 and 841(1)

Sheila Diskes
Name of Issuing Officer

Supervisor
Title of Issuing Officer

[signature]
Signature of Issuing Officer

2-19-04 · Boston, Ma
Date and Location

Bail fixed at $ _____ by _____
                                    Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | WARRANT EXECUTED BY FBI BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/25/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.

AO 442 (Rev. 5/93) Warrant for Arrest

## THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: Jorge Rosario

ALIAS: King Infamous

LAST KNOWN RESIDENCE: 16 Springfield Street, 2nd Floor, Lawrence, Massachusetts

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH (4 digit year): 00-00-1982

SOCIAL SECURITY NUMBER (last 4 digits only): 000 - 00 - 5018

HEIGHT:                                                          WEIGHT:

SEX:    Male                                                     RACE:   Hispanic

HAIR:                                                            EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: Federal Bureau of Investigations