AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____  DISTRICT OF  _____

United States

v.

Jorge Rosario

**APPEARANCE**

Case Number: 04-10051-PBS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

___February 27, 2004___  
Date

___[signature]___  
Signature

___MARK SMITH___  
Print Name

___Cavedot Smith___  
Address

___15 Broad St Suite 600___  
___Boston    MA    02108___  
City          State         Zip Code

___617-367-7984 x102___  
Phone Number