UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.    ) | Criminal No. 04-10051-PBS |
| ) | |
| ) | |
| JORGE ROSARIO   ) | |

**INFORMATION**

1. On or about September 15, 2003, JORGE ROSARIO was convicted in the Lawrence District Court Dkt. No. 0118-CR-2009A of possessing a Class D Substance with intent to distribute in violation of M.G.L.c. 94C, §32C;

2. JORGE ROSARIO has been named as a defendant in an Indictment numbered 04-10051-PBS, charging him with conspiracy and distribution of cocaine base, a/k/a "crack cocaine."

3. By way of this information, the government notifies JORGE ROSARIO that he is charged with committing the crimes alleged in said Indictment after having been previously convicted of a felony drug offense as set out in paragraph 1, above.

All in keeping with Title 21, United States Code, Section 851(a)(1).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

BY: _____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

Dated: March 13, 2004

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served a copy of the foregoing document by mail and to counsel for JORGE ROSARIO.

_____  3.14.04
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney