⍺AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

US v. Jorge Rosario

**EXHIBIT AND WITNESS LIST**

Case Number: 04-10051 PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Saris / Cohen | Levitt - US | Mark Smith |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| 3/16 | Digital | (MS) |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | ✓ | Affidavit |
| 2 | | | | ✓ | Summary of Recording of Drug Evidence |
| 3 | | | | ✓ | FD-302 / Consensual Recording meeting |
| 4 | | | | ✓ | Report of Cooperating Witness |
| 5 | | | | ✓ | Chart depicting Buyers Reports re: Purchase |
| 6 | | | | ✓ | Video - depicting clips |
| 7 | | | | ✓ | Video 1/28 Purchase of crack |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages