UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

2004 JUN 17 P 12: 47

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal No. 04-10051-PBS |
| | ) |
| | ) |
| JORGE ROSARIO | ) |

### DEFENDANT JORGE ROSARIO'S ASSENTED-TO MOTION TO EXTEND TIME FOR FILING DISCOVERY MOTIONS AND TO CONTINUE THE STATUS CONFERENCE

Defendant Jorge Rosario, by and through court-appointed counsel, hereby makes this assented-to motion to extend time for filing discovery motions. Having reviewed the government's production, defendant Rosario requests that the Court allow him to file a discovery motion pursuant to Local Rule 116.3 on or before August 16, 2004. In addition, the Defendant requests that his status conference currently scheduled for July 8, 2004, be continued to August 18, 2004 or some date that week, convenient to the Court. The government has assented to this request.

Respectfully submitted,

**JORGE ROSARIO**

By his attorneys,

Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

June 7, 2004

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by hand to John Wortman,

Assistant U.S. Attorney, U.S. Attorney's Office, One Courthouse Way, Boston, MA  02210, and

by mail, postage prepared, to all other counsel of record on the ___ day of June, 2004.

_____
Mark D. Smith

2