08/13/04
Sky

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10051-PBS |
| ) | |
| JORGE ROSARIO ) | |

## DEFENDANT JORGE ROSARIO'S ASSENTED-TO MOTION TO EXTEND THE STATUS CONFERENCE AND TIME FOR FILING DISCOVERY MOTIONS

Defendant Jorge Rosario, by and through court-appointed counsel, hereby makes this assented-to motion to extend the date of the status conference and for time for filing discovery motions. Having reviewed the government's production, defendant Rosario requests that the Court allow him to file a discovery motion pursuant to Local Rule 116.3 on or before September 24, 2004. In addition, the Defendant requests that his status conference currently scheduled for August 18, 2004, be continued to an afternoon convenient to the Court during the week of September 27, 2004. The government has assented to this request, and the time should be excludable.

Respectfully submitted,

**JORGE ROSARIO**

By his attorneys,

Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

August 12, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by hand to John Wortman, Assistant U.S. Attorney, U.S. Attorney's Office, One Courthouse Way, Boston, MA 02210, and by mail, postage prepared, to all other counsel of record on the 12 day of August, 2004.

_____
Mark D. Smith