UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2004 SEP 24  A 10: 35

U.S. DISTRICT COURT
DISTRICT OF MASS.

UNITED STATES OF AMERICA )
)
v. )
)
) Criminal No. 04-10051-PBS
)
JORGE ROSARIO )
)

## DEFENDANT JORGE ROSARIO'S ASSENTED-TO MOTION TO EXTEND THE STATUS CONFERENCE AND TIME FOR FILING DISCOVERY MOTIONS

Defendant Jorge Rosario, by and through court-appointed counsel, hereby makes this assented-to motion to extend the date of the status conference and for time for filing discovery motions. Having reviewed the government's production, defendant Rosario requests that the Court allow him to file a discovery motion pursuant to Local Rule 116.3 on or before October 22, 2004. In addition, the Defendant requests that his status conference currently scheduled for September 28, 2004, be continued to a date convenient to the Court during the week of October 25, 2004. The government has assented to this request, and the time should be excludable.

Respectfully submitted,

JORGE ROSARIO

By his attorneys,

_____
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

September 24, 2004

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been sent by hand to John A. Wortman, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, One Courthouse Way, Boston, MA 02210, and by mail, postage prepared, to all other counsel of record on the 24th day of September, 2004.

_____
Mark D. Smith