## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 04-10051-PBS |
| ) | |
| ) | |
| V.  ) | VIOLATIONS: |
| ) | 21 U.S.C. § 846-- |
| ) | Conspiracy to |
| JORGE ROSARIO, ) | Distribute Cocaine Base |
| a/k/a "KING INFAMOUS" ) | |
| ) | |
| ) | 21 U.S.C. § 841(a)(1)-- |
| ) | Distribution of |
| ) | Cocaine Base |
| ) | |
| ) | 21 U.S.C. §853-- |
| ) | Criminal Forfeiture |
| ) | Allegation |

### SUPERSEDING INDICTMENT

**COUNT ONE:**     (21 U.S.C. § 846 -- Conspiracy To Distribute Cocaine Base)

The Grand Jury charges that:

From a time unknown to the Grand Jury, but at least by in or about April, 2003, and continuing thereafter until on or about January 28, 2004, at Lawrence, Andover, and elsewhere in the District of Massachusetts,

**JORGE ROSARIO, a/k/a "KING INFAMOUS,"**

the defendant herein, did knowingly and intentionally conspire and agree with persons unknown to the Grand Jury to possess with intent to distribute, and to distribute, a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section

841(a)(1).

The Grand Jury further alleges that the conspiracy described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**   (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine
Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about April 14, 2003, at Lawrence and Andover, and elsewhere in the District of Massachusetts,

**JORGE ROSARIO, a/k/a "KING INFAMOUS,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**COUNT THREE:**     (21 U.S.C. § 841(a)(1) -- Distribution of Cocaine Base; 18 U.S.C. §2 -- Aiding and Abetting)

The Grand Jury further charges that:

On or about January 28, 2004, at Lawrence and elsewhere in the District of Massachusetts,

**JORGE ROSARIO, a/k/a "KING INFAMOUS,"**

the defendant herein, did knowingly and intentionally distribute a quantity of cocaine base, also known as "crack cocaine," a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture or substance containing a detectable amount of cocaine base, also known as "crack cocaine," a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(b)(1)(B)(iii).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

**NOTICE OF ADDITIONAL FACTORS**

The Grand Jury further finds that:

1.  The defendant, JORGE ROSARIO, is accountable for at least 5 grams, but less than 20 grams, of cocaine base, a/k/a "crack cocaine." Accordingly, USSG §2D1.1(c)(7) applies to this defendant.

## FORFEITURE ALLEGATION
## (21 U.S.C. § 853)

The Grand Jury further charges that:

1. As a result of the offenses alleged in Counts 1 through 3 of this Indictment,

**JORGE ROSARIO, a/k/a "KING INFAMOUS,"**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2. If any of the property described in paragraph 1, above, as a result of any act or omission of the defendant--

   (a) cannot be located upon the exercise of due diligence;

   (b) has been transferred or sold to, or deposited with, a third party;

   (c) has been placed beyond the jurisdiction of the Court;

   (d) has been substantially diminished in value; or

   (e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any

other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY

_____
JOHN A. WORTMANN, JR.
PETER K. LEVITT
ASSISTANT U.S. ATTORNEYS

DISTRICT OF MASSACHUSETTS                October 14, 2004

   Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

10/14/04  12:43 PM

-8-

≋JS 45 (5/97) - (Revised U.S.D.C. MA 2/7/02)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |

**Place of Offense:** Lawrence    **Category No.** II    **Investigating Agency** FBI

**City** Lawrence    **Related Case Information:**

**County** Essex
Superseding Ind./ Inf.  X    Case No. CR 04-10051 PBS
Same Defendant  x    New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   JORGE ROSARIO    Juvenile: ☐ Yes   X No

Alias Name   KING INFAMOUS

Address   16 SPRINGFIELD ST, 2ND FL., LAWRENCE, MA

Birthdate: 1982    SS # 000 00 5018    Sex: MALE   Race: Hispanic    Nationalit US

**Defense Counsel if known:** _____    Address _____

Bar Number _____

**U.S. Attorney Information:**

AUSA   Peter K. Levitt ; John A. Wortmann, Jr.    Bar Number if applicable   565761 AND 534860

Interpreter:   ☐ Yes   X No    List language and/or dialect: _____

Matter to be SEALED:   ☐ Yes   X No

Warrant Requested    ☐ Regular Process    X In Custody

**Location Status:**

Arrest Date _____

X Already in Federal Custody as of   February 21, 2004   in   Plymouth HOC
☐ Already in State Custody at ——————— ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____   on _____

**Charging Document:**   ☐ Complaint   ☐ Information   X Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   X Felony   3

Continue on Page 2 for Entry of U.S.C. Citations

X   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: 10/14/04    Signature of AUSA: _____

JS 45  (5/97)  (Revised U.S.D.C. MA 2/7/02) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**     JORGE ROSARIO   AKA KING INFAMOUS _____

## U.S.C. Citations

| | **Index Key/Code** | **Description of Offense Charged** | **Count Numbers** |
|---|---|---|---|
| Set 1 | 21 USC 846 | CONSPIRACY DISTRIBUTE COCAINE BASE | 1 |
| Set 2 | 21 USC 841(a) | DISTRIBUTION OF COCAINE BASE | 2, 3 |
| Set 3 | 18 USC 2 | AIDING & ABETTING | 2, 3 |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

js-45-rosario.wpd - 2/7/02