UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | Criminal No.  04-10051-PBS |
| | ) | |
| | ) | |
| **JORGE ROSARIO** | ) | |

### DEFENDANT JORGE ROSARIO'S ASSENTED-TO MOTION TO EXTEND THE STATUS CONFERENCE AND TIME FOR FILING DISCOVERY MOTIONS

Defendant Jorge Rosario, by and through court-appointed counsel, hereby makes this assented-to motion to extend the date of the status conference and for time for filing discovery motions.  Having reviewed the government's production, defendant Rosario requests that the Court allow him to file a discovery motion pursuant to Local Rule 116.3 on or before November 12, 2004.  In addition, the Defendant requests that his status conference currently scheduled for October 28, 2004, be continued to November 18, 2004. The government has assented to this request, and the time should be excludable.

    Respectfully submitted,

    **JORGE ROSARIO**

    By his attorneys,

    /s/ Mark D. Smith

    _____

    Mark D. Smith, BBO# 542676
    Laredo & Smith, LLP
    15 Broad Street, Suite 600
    Boston, MA 02109
    (617) 367-7984

October 27, 2004