UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v.  ) | Criminal No.  04-10051-PBS |
| ) | |
| ) | |
| **JORGE ROSARIO** ) | |

## MOTION TO REPORT THE CASE TO THE DISTRICT JUDGE AND TO SCHEDULE A RULE 11 HEARING

Now comes the United States of America, by and through its undersigned attorney, and hereby requests that this case be sent to the District Court Judge for the purpose of scheduling a Rule 11 hearing.  As grounds therefore, the government states that it has entered into a plea agreement this defendant  pursuant to which he is prepared to plead guilty to the charges against him and that a hearing is therefore appropriate so that the court can determine whether to accept that plea.

A copy of the plea agreement as signed by the government is attached.  The defendant will execute the plea agreement on the day of hearing.

                                            Respectfully submitted,

                                            MICHAEL J. SULLIVAN
                                            UNITED STATES ATTORNEY

                               By: <u>/s John A. Wortmann, Jr.</u>
                                      JOHN A. WORTMANN, JR.
                                      Assistant U.S. Attorney
                                      One Courthouse Way
                                      Boston, MA 02210
                                      (617) 748-3207