UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

CRIMINAL ACTION
NO.  04-10051-PBS

v.

JORGE ROSARIO

**NOTICE OF RESCHEDULED SENTENCING**

SARIS, U.S.D.J.                                                                              January 25, 2005

    The Sentencing previously scheduled for March 16, 2005, has been **rescheduled** to **March 11, 2005, at 3:00 p.m.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk

Copies to:  All Counsel

resched.ntc