UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 04-10051-PBS |
| | ) | |
| | ) | |
| JORGE ROSARIO | ) | |

## DEFENDANT JORGE ROSARIO'S ASSENTED-TO MOTION TO RESCHEDULE THE SENTENCING HEARING

Defendant Jorge Rosario, by and through court-appointed counsel, hereby makes this assented-to motion to reschedule his sentencing to April 14, 2005.  The original sentence date was scheduled for March 16, 2005, but was moved to March 11, 2005 on or about January 25, 2005.

As grounds, Counsel attests that he received the Addendum and revised Presentence Report on March 9, 2005, and notes that there are some significant changes to the report.  Defendant Rosario has not been able to review the changes to the report, or discuss them with counsel.  Accordingly, defendant Rosario requests that the sentence be rescheduled to April 14, 2005 to allow for adequate time to be prepared for sentencing.  The government has assented to this request, and the time should be excludable.

Respectfully submitted,

**JORGE ROSARIO**

By his attorneys,

/s/ Mark D. Smith
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

March 10, 2005