UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.  04-10051-PBS |
| v. | |
| JORGE ROSARIO | |

### NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                           March 28, 2005

      The Sentencing previously scheduled for April 14, 2005, has been **rescheduled** to **May 11, 2005, at 3:30 p.m.**

By the Court,

\_/s/ Robert C. Alba\_
Deputy Clerk

Copies to:  All Counsel

resched.ntc