UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION<br>NO.   04-10051-PBS |
| v. | |
| JORGE ROSARIO | |

## NOTICE OF RESCHEDULED SENTENCING

SARIS, U.S.D.J.                                                                                           March 28, 2005

     At the request of counsel, the Sentencing previously rescheduled to May 11, 2005, has been **rescheduled** to **April 7, 2005, at 10:00 a.m.**

                           By the Court,

                           _/s/ Robert C. Alba_
                           Deputy Clerk

Copies to:  All Counsel

resched.ntc