UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 04-10051-PBS |
| ) | |
| JORGE ROSARIO ) | |

**GOVERNMENT'S CERTIFICATION OF TIMELY ACCEPTANCE OF RESPONSIBILITY**

     The United States of America, through undersigned counsel, hereby certifies pursuant to U.S.S.G. § 3E1.1(b) that defendant Jorge Rosario notified the government of his intent to plead guilty in a timely manner, thereby permitting the government to avoid preparing for trial.  Based on that fact, the government requests that the defendant be awarded a three-point reduction for acceptance of responsibility.

                                                              Respectfully submitted,

                                                              MICHAEL J. SULLIVAN
                                                              United States Attorney

                                        By: /s John A. Wortmann, Jr.
_____      JOHN A. WORTMANN, JR.
                                                               Assistant U.S. Attorney
                                                                617-748-3207