UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                      ) | Criminal No. 04-10051-PBS |
| ) | |
| JORGE ROSARIO           ) | |

### DISMISSAL OF INFORMATION FILED PURSUANT TO 21 U.S.C. §851

The United States Attorney for the District of Massachusetts, Michael J. Sullivan, by the undersigned ASUA, hereby dismisses the Information previously filed in this matter pursuant to 21 U,S.C. § 851. In support of this dismissal, the government states that it has agreed to dismiss the 851 Information at the time of sentenceing. The dismissal is conditioned on the Court's acceptance of the joint disposition of contained in the plea agreeement. Because the plea agreement contemplated that the 851 Information would be dismissed upon the Court's acceptance of the agreed upon disposition, the requested dismissal is therefore in the interests of justice.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____ 4.7.05
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

Leave to File Granted:

_____
PATTI B. SARIS
United States District Judge
4-7-05