Jorge Rosario
Reg. No. 25115-038
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

May 20, 2005

Chambers of
The Honorable Patti B. Saris
United States District Judge
United States District Court
District of Massachusetts
1 Courthouse Way
Boston, MA 02210

Re: United States v. Jorge Rosario
    Docket No. 1:04cr10051-001(PBS)

Dear Judge Saris:

I write to request Your Honor's assistance in obtaining some documents relative to my above referenced criminal matter. Specifically, I need the following documents:

1. Plea Agreement.
2. Plea Hearing Transcript.
3. Sentencing Transcript.
4. Docket Entry Sheet.

As Your Honor may recall, I was in forma pauperis in this matter, and counsel was appointed by the Court to represent me. I do not have any funds to pay any costs associated with furnishing me copies of the foregoing documents. As such, I respectfully request that Your Honor order that I be provided these documents at no cost to myself.

I need these documents for my own records, for use in clarifying any confusion within the Bureau of Prisons regarding my offenses, and in the event that the documents may be needed to help a potential future employer better understand my conviction in making a determination as to whether or not to hire me. Also, a legal issue may arise that will necessitate these documents. This conviction will have an impact on me for the rest of my life, and I should have these documents in my possession for practical reasons. I respectfully request that Your Honor grant this request.

Thank you for your time and attention in this matter. My appropriate mailing address is in the above right-hand corner.

Very truly yours,

JORGE ROSARIO