Jorge Rosario
Reg. No. 25115-038
FCI Otisville
P.O. Box 1000
Otisville, NY 10963

December 15, 2005

United States District Court
Office of the Clerk
**Attention: Christine Patch**
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 2300
Boston MA 02210

    Re: United States v. Jorge Rosario
        Criminal Docket No. 1:04-cr-10051-PBS

Dear Ms. Patch:

    I write to inquire regarding the status of my guilty plea and sentencing transcripts.

    Earlier this year I submitted a letter to Judge Saris requesting that I be provided with certain documents, including my guilty plea and sentencing transcripts, all regarding the above referenced matter. That letter was entered as Document No. 47 in the docket. By electronic order dated 6/01/2005 Judge Saris granted my request for the documents, including my guilty plea and sentencing transcripts.

    Shortly thereafter I received certain documents, but I did not receive the transcripts at that time. It is my understanding that they had to be transcribed. As such, my purpose in writing is to learn the status regarding the transcripts of my guilty plea dated 12/16/2004, and my sentencing dated 4/07/2005.

    I am respectfully requesting that you send me the transcripts, or notify me of the status of the transcripts at your earliest convenience. My appropriate mailing address is indicated in the above right-hand corner. Thank you for your time and attention. Happy Holidays!

                                                     Very truly yours,

                                                     JORGE ROSARIO