ATTORNEY ASSIGNMENT REQUEST

Defendant: Jorge Rosario

Case & Defendant Number: 04-CR-10051-PBS

Date of Appointment: 1/2/08

Appointed by: Saris, D.J.

Attorney Withdrawn: n/a

Date of Withdrawal:

Reason for Withdrawal:

Number of Counts: 3

Charge(s) and Cite(s):

21:846 CONSPIRACY TO DISTRIBUTE Cocaine Base (1s)

21:841(a)(1) Distribution of Cocaine Base; 18:2 Aiding and Abetting (2s, 3s)

Indictment:   X          Information:          Probation Revocation:

Number of Defendants: 1

Judge Code: 0129

Special Instructions: Appointment of counsel (preferably original counsel Mark D. Smith) to represent defendant who filed a Motion for Modification of Sentence (doc. #51). Please let Deputy Clerk, Robert Alba, know when appointment has been achieved so that a hearing can be scheduled.

/s/ Robert C. Alba
Deputy Clerk

Date 1/2/08

**A COPY OF THE INDICTMENT, INFORMATION OR PETITION FOR REVOCATION MUST ACCOMPANY THIS FORM
SUBMIT A COPY FOR DOCKETING**

**Attorney Assignment Form II.wpd**

[attyreq.;kattyreq.]